IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**THOMAS R. SMITH,**
    **Plaintiff,**

v.                                                         3:02cv291/RV/MD

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**
    **Defendant.**
_____

## ORDER

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 24, 2007.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      **2.**	**The petition for authorization of attorney fees (doc. 44) is GRANTED and the Commissioner is directed to disburse the sum of $4,503.00 to plaintiff's counsel, Byron A. Lassiter, Esq., as reasonable attorney fees under Title 42 U.S.C. §406(b).**

      **3.**	**Counsel shall refund to the plaintiff the $5,812.50 previously awarded him by this court under the EAJA.**

      **DONE AND ORDERED this 23rd day of February, 2007.**

                                                         **/s/** *Roger Vinson*
                                                         **ROGER VINSON**
                                                         **SENIOR UNITED STATES JUDGE**